ORIGINAL

FILED
AUG - 4 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YATES INTERNATIONAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06- 06-570 C |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2(a) of the Rules of the United States Court of Federal Claims, the undersigned counsel for Yates International, LLC hereby files this notice that the complaint filed herewith is directly related to an earlier-filed case. The earlier-filed case is the matter of Yates International, LLC v. The United States, COFC No. 06-157C (Judge Allegra).

The earlier-filed case is the plaintiff's appeal from the termination for default of two contracts. The new matter is an appeal from the contracting officer's final decision to approve the Government's assessment of reprocurement costs against the plaintiff as a result of the contested terminations. The cases are directly related because they involve the same parties and closely related claims on the same contracts.

Assignment of these cases to a single judge and their consolidation under RCFC 42 is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: August 3, 2006

Respectfully submitted,

Robert E. Korroch
Thomas O. Mason
Francis E. Purcell, Jr.
Williams Mullen, P.C.
Fountain Plaza Three, Suite 200
721 Lakefront Commons
Newport News, Virginia 23606
757.249.5100 (telephone)
757.249.5109 (facsimile)
Attorneys for Plaintiff

#1083084 v5 - Yates, Inc. - COFC Appeal

#1125952 v1 - Yates - NODRC

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Directly Related Case was mailed on August 3, 2006, by first-class U.S. mail, postage prepaid, to:

Lauren S. Moore, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW, 8th Floor
Washington, DC 20530

Robert E. Korroch