IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YATES INTERNATIONAL, L.L.C., Plaintiff, | ) | No. 06-570 |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lauren S. Moore, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lauren S. Moore,
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 616-0333
Fax: (202) 514-8640

Attention: Classification Unit
8th Floor 1100 L Street, N.W.
Washington, DC 20530

s/ Lauren S. Moore
Lauren S. Moore
Commercial Litigation Branch
Civil Division
Department of Justice
Tele:(202) 616-0333
Fax: (202) 514-8640

August 21, 2006

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on August 21, 2006, a copy of foregoing “NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system, and that the parties may access this filing through the Court’s system.

s/Lauren S. Moore