# In The United States Court of Federal Claims

No. 06-570 C

(Filed: September 22, 2006)

YATES INTERNATIONAL, LLC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 4, 2006, plaintiff filed its complaint in this case. This complaint arises from the same contracts at issue in another case plaintiff filed previously in this court, *Yates International, L.L.C. v. United States*, No. 06-157C. Pursuant to RCFC 42(a), the Clerk is hereby directed to consolidate this case with the previously filed matter, No. 06-157C.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge