# In the United States Court of Federal Claims

**Nos. 06-157 C, 06-570 C and 06-833 C**

**YATES INTERNATIONAL, LLC,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed June 6, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaints in these consolidated cases are dismissed, with prejudice. Each party shall bear its own costs, attorney fees, and expenses, pursuant to their stipulation.

John S. Buckley
Acting Clerk of Court

**June 10, 2008** By: s/Lisa L. Reyes

Deputy Clerk